IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00744-PAB-MEH

SUNSAVER RETRACTABLE AWNINGS, INC., a Colorado corporation,

     Plaintiff,

v.

SUNESTA PRODUCTS, LLC, d/b/a SUNESTA, a Florida limited liability company,

     Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 7, 2010.**

     Plaintiff's Unopposed Motion for Protective Order [filed June 4, 2010; docket #17] is **denied without prejudice**. The Plaintiff may re-file the motion after making the following changes to the proposed protective order:

1.    Bring paragraph 8 into compliance with D.C. Colo. LCivR 7.2;
2.    Omit paragraph 11 as inconsistent with paragraph 6, or provide an explanation as to the necessity of including paragraph 11 in the order; and
3.    Omit paragraph 14.