IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00744-PAB-MEH

SUNSAVER RETRACTABLE AWNINGS, INC., a Colorado corporation,

    Plaintiff,

v.

SUNESTA PRODUCTS, LLC, d/b/a SUNESTA, a Florida limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 10, 2010.**

    Plaintiff's Unopposed Amended Motion for Protective Order [filed June 9, 2010; docket #20] is **granted**. The Protective Order is issued and filed contemporaneously with this minute order.